**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-17-289-G** |
| | ) | |
| **RASHAD DOMINIQUE MAYO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On October 2, 2018, Defendant Rashad Dominique Mayo, who pled guilty to three criminal counts, was sentenced to 84 months' imprisonment, to be followed by three years of supervised release. *See* J. (Doc. No. 68) at 2-3.

Now before the Court is Defendant's Motion for Early Termination of Supervised Release (Doc. No. 82), filed through counsel. In support, Defendant states that the travel restrictions imposed upon him are hindering his employment as a truck driver and preventing him from seeing certain family members. *See id.* at 5-6. Defendant also contends and has provided support for the proposition that he has demonstrated his rehabilitation and therefore fulfilled the purpose of supervised release. *See id.* at 6-7, 10-11; *see also id.* Exs. 1-2, 4-5 (Doc. Nos. 82-1, -2, -4, -5).

The United States Probation Office has advised that Defendant has had "a couple positive results for alcohol," "along with failure to appear for a couple random tests," "which have been addressed with him." Def.'s Mot. Ex. 3 (Doc. No. 82-3) at 1. The probation officer notes, however, that Defendant "has made and continues to make life

changes and has been cooperative with supervision overall." *Id.* The United States Probation Officer therefore "would defer to the Court and support its decision" as to Defendant's request. *Id.*

The Government has filed a Response to the Motion stating that it does not oppose Defendant's request for termination of supervised release, based upon the reasons stated in Defendant's Motion and the "conversations the United States has had with United States Probation." Gov't's Resp. (Doc. No. 83) at 1.

The Court has authority to terminate a defendant's supervised release at any time after one year of supervised release if early termination is warranted by "the conduct of the defendant released" and by "the interest of justice." 18 U.S.C. § 3583(e)(1); *see also Rhodes v. Judiscak*, 676 F.3d 931, 933 (10th Cir. 2012). For all the reasons outlined above, and having considered the relevant factors of 18 U.S.C. § 3553(a), the Court finds that the requested termination "is warranted by the conduct of [Defendant]" and is in "the interest of justice." 18 U.S.C. § 3583(e)(1). Pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(B), no hearing is required on Defendant's request.

## CONCLUSION

IT IS THEREFORE ORDERED that Defendant Rashad Dominique Mayo's Motion for Early Termination of Supervised Release (Doc. No. 82) is GRANTED.

IT IS FURTHER ORDERED that the United States Probation Office is directed to

process the early termination Defendant's supervised release.

IT IS SO ORDERED this 23rd day of September, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge